UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Tina M. Lacourse

              v.                              Case No. 04-cv-262-SM

Jo Anne B. Barnhart, Commissioner
Social Security Administration


O R D E R

Judgment for the plaintiff shall be entered in accordance with the decision of the Administrative Law Judge dated July 28, 2005.


SO ORDERED.

October  12, 2005

_____
Steven J. McAuliffe
Chief Judge


cc:    Raymond J. Kelly, Esq.
        David L. Broderick, Esq.